# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 Austin Baughman           
                 Plaintiff

        V.

Psychemedics Corporation et al         
               Defendant

CIVIL ACTION

NO. 1:17-cv-10191-RGS

## ORDER OF DISMISSAL

 Stearns, D.J.   

      In accordance with the Court's Memorandum and Order dated 11/7/2017   granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 11/8/2017            
         Date

 /s/ Stephanie Caruso 
Deputy Clerk